Circuit Court for Baltimore City
Case No. 24-C-19-002935
Argued: March 5, 2020

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 3
September Term, 2019

ATTORNEY GRIEVANCE

COMMISSION OF MARYLAND

v.

MOHAMED ALPHA BAH

Barbera, C.J.
McDonald
Hotten
Getty
Booth
Biran
Harrell, Glenn T. (Senior Judge, Specially Assigned)

JJ.

PER CURIAM ORDER

Filed: March 12, 2020

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| ATTORNEY GRIEVANCE | * | IN THE |
|---|---|---|
| COMMISSION OF MARYLAND | | |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| MOHAMED ALPHA BAH | * | Misc. Docket AG No. 3 |
| | | September Term, 2019 |

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 12th day of March 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Mohamed Alpha Bah be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

**ORDERED** that the Clerk of this Court shall strike the name of Mohamed Alpha Bah from the register of attorneys, and pursuant to Maryland 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

**ORDERED** Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Mohamed Alpha Bah.

/s/ Mary Ellen Barbera
Chief Judge